1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

AMY ASPLUND,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No. C07-5028FDB

ORDER ALLOWING
WITHDRAWAL OF COUNSEL

15

16

17

18

       Plaintiff's counsel moved to withdraw, this Court directed Plaintiff to advise the Court of her intentions with respect to counsel and this case by December 14, 2007.  Plaintiff failed to so advise the Court by the deadline.  This cause of action is, therefore, subject to dismissal and Plaintiff's counsel must be allowed to withdraw.

19

20

       NOW, THEREFORE, IT IS ORDERED: Plaintiff's counsel's motion to withdraw [Dkt. # 24] is GRANTED.

21

       DATED this 18th day of December, 2007.

22

23

24

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26

ORDER - 1