1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMY ASPLUND,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. C07-5028FDB

ORDER OF DISMISSAL

     Plaintiff's counsel moved to withdraw, and this Court ordered Plaintiff to advise the Court in writing by no later than December 14, 2007 whether she has obtained new counsel, who was to have made an appearance by that date, or whether she would be proceeding without counsel.  Plaintiff was advised that failure to so advise the Court could result in dismissal of this cause of action.

     Plaintiff failed to advise the Court of her intentions as directed in the Order of November 26, 2007.  ACCORDINGLY,

     IT IS ORDERED: this cause of action is DISMISSED for lack of prosecution.

     DATED this 18th day of December, 2007.

                    _____

                    FRANKLIN D. BURGESS
                    UNITED STATES DISTRICT JUDGE
                       UNITED STATES DISTRICT JUDGE

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   ORDER - 2